IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-00196-WS-N |
| | ) | (Civil Action No. 12-00589-WS) |
| ERIC LAMONT JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the § 2255 motion filed by Eric Lamont Johnson is hereby **DENIED.** It is further declared that petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** this 7th day of April, 2014.

                                                         s/WILLIAM H. STEELE
                                                       CHIEF UNITED STATES DISTRICT JUDGE